IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DON DOUGLAS, MARISA DOUGLAS, | § | NO. 5:16-CV-1268-DAE |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| SAFECO INSURANCE COMPANY OF INDIANA, | § | |
| | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

The matter before the Court is Defendant Safeco Insurance Company of Indiana's ("Safeco") Motion to Abate Pending the Outcome of Appraisal.  (Dkt. # 9.)  In the motion, Safeco informs the Court that it has invoked an appraisal of Plaintiffs Don and Marisa Douglas' wind and hail damage, which will be pertinent to the claims at issue in this case.  (Id. at 1.)  Because the outcome of the appraisal may moot Plaintiffs' claims, Safeco asks the Court to abate further proceedings in this case pending the outcome of the appraisal.[1]  (Id.)

_____

[1] Safeco represents that the motion is opposed, but Plaintiffs did not file any timely response in opposition.  Plaintiffs ADR report, however, acknowledges that an appraisal is ongoing.  (See Dkt. # 12.)

Upon review, the Court finds that an administrative closure of the case is appropriate at this time.  An administrative closure is "a postponement of proceedings," rather than "a termination."  <u>S. La. Cement, Inc. v. Van Aalst Bulk Handling, B.V.</u>, 383 F.3d 297, 302 (5th Cir. 2004).  A case that is administratively closed "may be reopened upon request of the parties or on the court's own motion."  <u>Mire</u>, 389 F.3d at 167.

The Clerk's office is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court.  Though administratively closed, this case will remain on the docket of this Court and may be reopened upon request of any party or on the Court's own motion.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, August 17, 2017.

_____
David Alan Ezra
Senior United States District Judge